NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-5122

THE HENRY E. AND NANCY HORTON BARTELS TRUST
FOR THE BENEFIT OF CORNELL UNIVERSITY, by
KENNETH G. BARTELS, JOHN B. LOEHMANN,
PHILIP H. BARTELS, INGE T. REICHENBACH,
and JOHN F. MURPHY, Trustees,

Plaintiff-Appellant,

v.

UNITED STATES,

Defendant-Appellee.

Appeal from the United States Court of Federal Claims in 03-CV-2526,
Judge Lawrence J. Block.

ON MOTION

ORDER

Upon consideration of the appellant's motion for an extension of time, until April 29, 2010, to file its reply brief,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

MAR 1 8 2010
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Philip H. Bartels, Esq.
    Jennifer M. Rubin, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 1 8 2010

JAN HORBALY
CLERK